Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 29, 1965

No. 69275.—Baldwin Manufacturing Co. et al. v. United States, protests 58/17828, etc. (Philadelphia).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of brass articles similar in all material respects to those the subject of *Zanin & Son, Inc.* v. *United States* (50 Cust. Ct. 37, C.D. 2385), and Abstract 67834, the claim of the plaintiffs was sustained.

No. 69276.—Baldwin Hdwe. Mfg. Corp. v. United States, protest 64/12276 (Philadelphia).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of brass articles similar in all material respects to those the subject of *Zanin & Son, Inc.* v. *United States* (50 Cust. Ct. 37, C.D. 2385), and Abstract 67834, the claim of the plaintiff was sustained.

No. 69277.—Hap Jones Distributing Co. and Joseph A. Paredes & Co. v. United States, protests 63/9513, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

No. 69278.—The Garcia Corp. v. United States, protest 59/33275 (New York).

FORD, Judge: This action is directed against the classification of certain Platyl nylon monofilament fishing line, which was entered for consumption after